1186

No. 98–1473. CARRILLO, WARDEN *v.* SALMON. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Roe* v. *Flores-Ortega, ante,* p. 470.

No. 98–1967. F. W. WOOLWORTH CO. ET AL. *v.* FRANCHISE TAX BOARD. Ct. App. Cal., 1st App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hunt-Wesson, Inc.* v. *Franchise Tax Bd. of Cal., ante,* p. 458.

No. 98–9701. SARROCA *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Roe* v. *Flores-Ortega, ante,* p. 470.

No. 99–5699. RICE *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Roe* v. *Flores-Ortega, ante,* p. 470.

No. 99–5951. RADILLO-CONTRERAS *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Roe* v. *Flores-Ortega, ante,* p. 470.

No. 99–6233. MILLER *v.* KALOROUMAKIS, ADMINISTRATOR, EASTERN CORRECTIONAL INSTITUTION, ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Roe* v. *Flores-Ortega, ante,* p. 470.

No. 99–7909. SINDRAM *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.